KITCHENS, Justice,
Concurring in Result Only.
¶ 40. I agree that the conviction should be affirmed. But because the majority includes unnecessary analysis on both issues, I respectfully concur in result only.
*486 ¶41. First, the majority opinion correctly concludes that by failing to lodge a contemporaneous objection to the trial judge’s preemptive disqualification of a juror, Spires is proeedurally barred from raising the issue on appeal. The analysis should end there, but the opinion continues on to an unneeded “harmless-error” analysis.
¶ 42. Second, the opinion finds that Spires’s requested instruction was properly denied because it was fairly covered elsewhere and because there was no factual basis in the record to support such an instruction. I agree that there was no factual basis for a “stand-your-ground” instruction and would conclude the inquiry there. Moreover, I cannot agree that the “stand-your-ground” instruction was fairly covered in the other self-defense instructions, as none of them mentions or even alludes to the idea of retreat.
¶ 43. For these reasons, I respectfully concur in result only.
GRAVES, P.J., JOINS THIS OPINION IN PART.